| | |
|---|---|
| Debtor 1 | Calvin Beard |
| Debtor 2 (Spouse, if filing) | Teresa R. Beard |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania (Philadelphia) |
| Case number | 17-10747 |

**Official Form 410S1**

# Notice of Mortgage Payment Change

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Wells Fargo Bank, N.A.

**Last 4 digits** of any number you use to identify the debtor's account: 9507

**Uniform Claim Identifier:** WFCMGE1710747PAE29719507

**Court claim no.** (if known):

**Date of payment change:** 03/01/2017
Must be at least 21 days after date of this notice

**New total payment:** $1,054.71
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☑ No

☐ Yes   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: _____   New escrow payment: _____

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No

☐ Yes   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
If a notice is not attached, explain why:

Current interest rate: _____   New interest rate: _____
Current principal and interest payment: _____   New principal and interest payment: _____

### Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No

☑ Yes    Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: Payment change resulting from a decrease in premium for Mortgage Insurance

Current mortgage payment: $1,057.99        New mortgage payment: $1,054.71

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim. As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Rosemary Allen        Date 03/10/2017
VP Loan Documentation

Print: Rosemary Allen        Title VP Loan Documentation

Company   Wells Fargo Bank, N.A./Wells Fargo Home Mortgage        Specific Contact Information:
Address   MAC N9286-01Y        P: 800-274-7025
1000 Blue Gentian Road        E: NoticeOfPaymentChangeInquiries@wellsfargo.com
Eagan, MN 55121-7700

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

Chapter 13 No. 17-10747

Judge: Judge Magdeline D. Coleman

In re:

Calvin Beard and Teresa R. Beard

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on or before March 10, 2017, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

Debtor:   By U.S. Postal Service First Class Mail Postage Prepaid:

Calvin Beard
Teresa R. Beard
661 Arbor Road
Lansdowne, PA 19050

Debtor's Attorney:   By U.S. Postal Service First Class Mail Postage Prepaid:

ZACHARY PERLICK
1420 Walnut Street
Suite 718
Philadelphia, PA 19102

Trustee:   By U.S. Postal Service First Class Mail Postage Prepaid:

WILLIAM C. MILLER
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

/s/ Alicia Fisher

4 S Technologies, LLC
(as authorized agent for Wells Fargo Bank, N.A./Wells Fargo Home Mortgage)