## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| CALVIN BEARD AND, TERESA R. BEARD | : CASE NO. 17-10747MDC |
| | : |
| DEBTOR | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : OBJECTION TO PLAN |
| | : |
| MOVANT | : |
| | : HEARING DATE AND TIME |
| V. | : April 13, 2017 @ 9:30 a.m. |
| | : |
| CALVING BEARD AND TERESA R. BEARD | : |
| | : |
| RESPONDENT | : RELATED TO DOCKET NO. 25 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Proposed Chapter 13 Plan, on the parties at the below addresses, on April 11, 2017, by:

**17-10747MDC Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.ph.ecf@usdoj.gov

William C. Miller at ecfemails@ph13trustee.com, philaecf@gmail.co,

William E. Craig at mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com

Matthew A. Lipman at mlipman@mdmc-law.com, pbryant@mdmc-law.com, sshidner@mdmc-law.com

Zachary Perlick at perlick@verizon.net, pireland1@verizon.net

Matteo S. Weiner at bkgroup@kmllawgroup.com

**17-10747MDC Notice will not be electronically mailed to:**

Wells Fargo Bank, NA/Wells Fargo Home Mortgage
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN  55121-7700

EXECUTED ON:  April 11, 2017

                                          Respectfully submitted by,

                        By:    /s/ Jim Peavler
                               Counsel
                               PA Department of Revenue
                               Office of Chief Counsel
                               Dept. 281061
                               Harrisburg, PA 17128-1061
                               PA I.D.  320663
                               Phone:  717-787-2747
                               Facsimile:  717-772-1459
                               jpeavler@pa.gov