# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-10747-MDC

CALVIN BEARD
TERESA R. BEARD
661 ARBOR ROAD

LANSDOWNE, PA 19050

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CALVIN BEARD
    TERESA R. BEARD
    661 ARBOR ROAD

    LANSDOWNE, PA 19050

Counsel for debtor(s), by electronic notice only.

    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

/S/ William C. Miller

Date: 4/11/2017

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee