United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-10747-mdc
Calvin Beard                                                                    Chapter 13
Teresa R. Beard
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2              User: John                  Page 1 of 1              Date Rcvd: Jul 20, 2017
                                  Form ID: pdf900             Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2017.
db/jdb         +Calvin Beard,    Teresa R. Beard,    661 Arbor Road,    Lansdowne, PA 19050-3313
cr             +McElroy, Deutsch, Mulvaney & Carpenter, LLP,    1617 John F. Kennedy Blvd.,    Suite 1500,
                 Philadelphia, PA 19103-1815
cr             +Santander Consumer USA, Inc.,    P.O. Box 660633,    Dallas, TX 75266-0633
cr              Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
13874251       +SANTANDER CONSUMER USA INC.,    P.O. BOX 961245,    FORT WORTH, TX 76161-0244
13936640       +Santander Bank, NA,    824 North Market Street, Suite 100,    Wilmington DE 19801-4937
13885251       +Santander Consumer USA, Inc.,    c/o WILLIAM EDWARD CRAIG,    Morton & Craig,
                 110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jul 21 2017 01:24:35    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 21 2017 01:23:58
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 21 2017 01:24:33    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                               TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13860676      ##+Santander Consumer USA,    8585 N. Stemmons Fwy,   Suite 1000,   Dallas, TX 75247-3822
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2017 at the address(es) listed below:
              JIM PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              MATTEO SAMUEL WEINER    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
               Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
               bkgroup@kmllawgroup.com
              MATTHEW A. LIPMAN    on behalf of Creditor    McElroy, Deutsch, Mulvaney & Carpenter, LLP
               mlipman@mdmc-law.com, pbryant@mdmc-law.com;sshidner@mdmc-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc.
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              ZACHARY PERLICK    on behalf of Debtor Calvin Beard Perlick@verizon.net, pireland1@verizon.net
              ZACHARY PERLICK    on behalf of Joint Debtor Teresa R. Beard Perlick@verizon.net,
               pireland1@verizon.net
                                                                                               TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: CALVIN BEARD ) | |
| TERESA R. BEARD ) | |
| **Debtors(s)** ) | CHAPTER 13 |
| ) | |
| SANTANDER CONSUMER USA INC. ) | Case No.: 17-10747 (MDC) |
| **Moving Party** ) | |
| ) | |
| v. ) | |
| ) | |
| CALVIN BEARD ) | |
| TERESA R. BEARD ) | |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtors in settlement of the Objection To Confirmation, and filed on or about June 23, 2017 in the above matter is APPROVED.

Dated:   July 20, 2017

BY THE COURT:

_Magdeline D. Coleman_
_____
UNITED STATES BANKRUPTCY JUDGE