# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| CALVIN BEARD AND | : |
|    TERESA R. BEARD, | : CASE NO. 17-10747MDC |
| | : |
| DEBTOR | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : OBJECTION TO 2ND |
| | : AMENDED PLAN |
| OF REVENUE, | : |
| | : |
| MOVANT | : |
| | : HEARING DATE AND TIME |
| V. | : September 14, 2017 @ 9:30 a.m. |
| | : |
| CALVIN BEARD AND | : |
|    TERESA R. BEARD, | : |
| RESPONDENT | : RELATED TO DOCKET NO. 54 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF
REVENUE'S OBJECTION TO 2nd AMENDED DEBTOR'S PROPOSED CHAPTER 13 PLAN

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading Objection to 2nd Amended Debtor's Proposed Chapter 13 Plan, on the parties at the below addresses, on September 12, 2017, by:

**17-10747MDC Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.ph.ecf@usdoj.gov

William E. Craig at ecfmail@mortoncraig.com, mhazlett@mortoncraig.com, mortoncraigecf@gmail.com

Megan N. Harper at megan.harper@phila.gov, james.feighan@phila.gov

Matthew A. Lipman at mlipman@mdmc-law.com, pbryant@mdmc-law.com, sshidner@mdmc-law.com

William C. Miller, Esq. at ecfemails@ph13trustee.com, philaecf@gmail.com

Zachary Perlick at Perlick@verizon.net, pireland1@verizon.net

Matteo S. Weiner at bkgroup@kmllawgroup.com

**17-10747MDC Notice will not be electronically mailed to:**

Wells Fargo Bank, N.A./Wells Fargo Home Mtg.
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN  55121-7700


EXECUTED ON:  September 12, 2017

                                                      Respectfully submitted by,


By:    /s/ Jim Peavler
           Counsel
           PA Department of Revenue
           Office of Chief Counsel
           Dept. 281061
           Harrisburg, PA 17128-1061
           PA I.D.  320663
           Phone:  717-787-2747
           Facsimile:  717-772-1459
           jpeavler@pa.gov