# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:  
Calvin Beard  
Teresa R. Beard  
     Debtors

Case No. 17-10747-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP        Page 1 of 1        Date Rcvd: Oct 18, 2017  
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2017.  
db/jdb        +Calvin Beard,   Teresa R. Beard,   661 Arbor Road,   Lansdowne, PA 19050-3313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2017 at the address(es) listed below:

        JIM PEAVLER   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy1@state.pa.us,  
         RA-occbankruptcy6@state.pa.us  
        MATTEO SAMUEL WEINER   on behalf of Creditor   Citigroup Mortgage Loan Trust Inc et al...  
         bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER   on behalf of Creditor   Citigroup Mortgage Loan Trust Inc., Asset-Backed  
         Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee  
         bkgroup@kmllawgroup.com  
        MATTHEW A. LIPMAN   on behalf of Creditor   McElroy, Deutsch, Mulvaney & Carpenter, LLP  
         mlipman@mdmc-law.com, pbryant@mdmc-law.com;sshidner@mdmc-law.com  
        MEGAN N. HARPER   on behalf of Creditor   City of Philadelphia megan.harper@phila.gov,  
         james.feighan@phila.gov  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM EDWARD CRAIG   on behalf of Creditor   Santander Consumer USA, Inc.  
         ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
        ZACHARY PERLICK   on behalf of Joint Debtor Teresa R. Beard Perlick@verizon.net,  
         pireland1@verizon.net  
        ZACHARY PERLICK   on behalf of Debtor Calvin Beard Perlick@verizon.net, pireland1@verizon.net  
                                                                                                                      TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :   In Chapter 13
                                                :
CALVIN & TERESA BEARD,                          :
                                                :   Case No. 17-10747 (MDC)
                Debtors.                        :
                                                :

## STIPULATION AND ORDER IN LIEU OF OBJECTION REGARDING THE CITY OF PHILADELPHIA'S PROOF OF CLAIM

Calvin and Teresa Beard (the "Debtors") and the City of Philadelphia (the "City") in order to reach an agreement in lieu of objection to the City's proof of claim in the above-captioned case hereby enter into this Stipulation and Order in Lieu of Objection Regarding the City of Philadelphia's Proof of Claim (the "Stipulation").

WHEREAS, the Debtors commenced the above-captioned bankruptcy case on February 1, 2017;

WHEREAS, on July 31, 2017, the City filed proof of claim no. 15 (the "Claim") in the amount of $27,888.46.

WHEREAS, the Claim also includes judgments in the amount of $20,200 for code enforcement action Case Nos. CE-08-09-70-0450 and CE-08-09-70-0451 (the "Code Enforcement Judgments") for failure to file 2003 business income and receipts, and net profits tax returns;

WHEREAS, the Debtor subsequently filed the missing tax returns that were the subject of the Code Enforcement Judgments;

1

NOW, THEREFORE, in consideration of the background set forth above and the terms and conditions of this Stipulation as more fully set forth below, the Debtors and the City (collectively referred to as the "Parties") agree to be bound and do hereby stipulate as follows:

1. The Parties wish to reach an agreement regarding amendment of the Claim.

2. The parties agree that the portion of the Claim that relates to the Code Enforcement Judgments shall be adjusted to an allowed secured claim in the amount of $2,020.00.

3. Within ten (10) days of this Stipulation receiving approval by this Honorable Court, the City shall amend its Claim to reflect the adjustments set forth above in paragraph 2.

4. Within ten (10) days of the City amending its Claim, the Debtors shall amend their Plan to provide for the payment of the City's Claim in full including post-petition interest.

5. The terms of this Stipulation shall not be binding upon the City should this case be dismissed or converted to a case under Chapter 7 of the Bankruptcy Code.

Respectfully submitted,

Date: 9/24/17

Zachary Perlick, Esq.
For the Debtor

Date: 10/3/17

Megan N. Harper, Esquire
Deputy City Solicitor
Attorney for the City of Philadelphia

*No Objection* [Trustee signature] 10/6/17 *without prejudice to any trustee rights or remedies*

AND NOW, this 18th day of October, 2017, upon consideration of the Stipulation between Calvin & Teresa Beard and the City of Philadelphia, it is hereby ORDERED that the Stipulation is approved.

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE