17-1514

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Calvin Beard<br>Teresa R. Beard<br>　　　　　　　　　Debtor(s) | Chapter 13 Proceeding<br><br>Case No.  17-10747 |

### ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

　　　Kindly enter my appearance on behalf of WELLS FARGO BANK, N.A. in the above captioned matter.

　　　　　　　　　　　　　　　　　　POWERS KIRN & ASSOCIATES, LLC

　　　　　　　　　　　　　　　　　　By:  **/s/  Jill Manuel-Coughlin, Esquire**
　　　　　　　　　　　　　　　　　　Attorney ID# 63252
　　　　　　　　　　　　　　　　　　Eight Neshaminy Interplex, Suite 215
　　　　　　　　　　　　　　　　　　Trevose, PA 19053
　　　　　　　　　　　　　　　　　　Telephone: 215-942-2090