IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| CALVIN BEARD AND TERESA R. BEARD | : 17-10747 MDC |
| DEBTORS | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : WITHDRAWAL OF OBJECTION |
| MOVANT | : |
| V. | : |
| CALVIN BEARD AND TERESA R. BEARD | : |
| RESPONDENT | : RELATED TO DOCKET NO. 73 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S WITHDRAW OF OBJECTION

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading of

Pennsylvania Department of Revenue's withdraw of Objection, on the parties at the below

addresses, on November 7, 2017 by:

**17-10747 MDC Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@pa.gov; RA-occbankruptcy6@pa.gov

Office of the United States Trustee at ustpregion03.ph.ecf@usdoj.gov

William E. Craig at ecfmail@mortoncraig.com, mhazlett@mortoncraig.com, mortoncraigecf@gmail.com

William C. Miller, Esq. at ecfemails@ph13trustee.com, philaecf@gmailc.om

Megan N. Harper at megan.harper@phila.gov, james.feighan@phila.gov

Matthew A. Lipman at mlipman@mdmc-law.com, pbryant@mdmc-law.com, sshidner@mdmc-law.com

Jill Manuel-Coughlin at jill@pkallc.com, chris.amann@pkallc.com, nick.bracey@pkallc.com, Samantha.gonzalez@pkallc.com, harry.reese@pkallc.com

Zachary Perlick at Perlick@verizon.net, pireland1@verizon.net

Matteo S. Weiner at bkgroup@kmllawgroup.com

**17-10747 MDC Notice will not be electronically mailed to:**

Wells Fargo Bank, N.A./Wells Fargo Home Mortgage
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN  55121-7700

EXECUTED ON:  November 7, 2017

                                              Respectfully submitted by,

                                    By:    /s/ Jim Peavler
                                                  Counsel
                                                  Office of Chief Counsel
                                                  PA Department of Revenue
                                                  Office of Chief Counsel
                                                  PO Box 281061
                                                  Harrisburg, PA 17128-1061
                                                  Attorney I.D. 320663
                                                  (717) 787-2747
                                                  Facsimile (717) 772-1459
                                                  jpeavler@pa.gov