United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-10747-mdc
Calvin Beard                                                        Chapter 13
Teresa R. Beard
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John          Page 1 of 1          Date Rcvd: May 09, 2018
                             Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2018.
db/jdb          +Calvin Beard,    Teresa R. Beard,    661 Arbor Road,    Lansdowne, PA 19050-3313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 10 2018 02:48:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                          TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2018 at the address(es) listed below:
          JILL MANUEL-COUGHLIN   on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
          chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          ;mary.raynor-paul@pkallc.com
          JIM PEAVLER   on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
          RA-occbankruptcy6@state.pa.us
          MATTEO SAMUEL WEINER   on behalf of Creditor    Citigroup Mortgage Loan Trust Inc et al...
          bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER   on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
          Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
          bkgroup@kmllawgroup.com
          MATTHEW A. LIPMAN   on behalf of Creditor    McElroy, Deutsch, Mulvaney & Carpenter, LLP
          mlipman@mdmc-law.com,   pbryant@mdmc-law.com;sshidner@mdmc-law.com
          MEGAN N. HARPER   on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
          karena.blaylock@phila.gov
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
          WILLIAM EDWARD CRAIG   on behalf of Creditor    Santander Consumer USA, Inc.
          ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          ZACHARY PERLICK   on behalf of Joint Debtor Teresa R. Beard Perlick@verizon.net,
          pireland1@verizon.net
          ZACHARY PERLICK   on behalf of Debtor Calvin Beard Perlick@verizon.net,   pireland1@verizon.net
                                                                                          TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:       CALVIN AND TERESA R. BEARD:        CHAPTER 13
                                                                 :
                                                                 :
             DEBTOR                              :        BANKRUPTCY No. 17-10747 MDC

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

Total fee award:                        $4,500.00
Total expense cost:                     $    20.00
Attorney fee already paid by Debtor     $   990 .00
Net amount to be paid by Trustee        $3,530.00

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

_____
THE HONORABLE MAGDELINE D. COLEMAN

Dated:  May 9, 2018