# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Calvin Beard<br>Teresa R. Beard<br>　　　　　　　　　Debtors | 17-10747 MDC<br><br>Chapter 13 Proceeding |
| WELLS FARGO BANK, N.A.<br>　　　　　　　　　Movant<br>v.<br>Calvin Beard<br>Teresa R. Beard<br>and<br>William C. Miller, Esquire<br>　　　　　　　　　Respondents | |

**ORDER**

AND NOW, this 30th day of July, 2018, it is hereby ORDERED AND DECREED that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, WELLS FARGO BANK, N.A. and/or its successors and assigns to proceed with foreclosure on the property located at 661 Arbor Road, Yeadon, PA and obtain all other Relief available under the Non-Bankruptcy law.

Upon the order being granted and entered, WELLS FARGO BANK, N.A. shall have the continuing authority to contact the Debtors directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED AND DECREED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED AND DECREED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

BY THE COURT:

*Magdeline D. Coleman*

United States Bankruptcy Judge
Magdeline D. Coleman

Interested Parties:
Jill Manuel-Coughlin
Attorney for Movant

Zachary Perlick, Esquire
Attorney for Debtors

Calvin Beard
Teresa R. Beard
Debtors

William C. Miller, Esquire
Trustee