United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                               Case No. 17-10747-mdc
Calvin Beard                                                         Chapter 13
Teresa R. Beard
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Christina              Page 1 of 1              Date Rcvd: Jul 30, 2018
                               Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2018.
db/jdb         +Calvin Beard,    Teresa R. Beard,    661 Arbor Road,    Lansdowne, PA 19050-3313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2018 at the address(es) listed below:
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              JIM  PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              MATTEO SAMUEL WEINER    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc et al...
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
               Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
               bkgroup@kmllawgroup.com
              MATTHEW A. LIPMAN    on behalf of Creditor    McElroy, Deutsch, Mulvaney & Carpenter, LLP
               mlipman@mdmc-law.com,    pbryant@mdmc-law.com;sshidner@mdmc-law.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc.
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              ZACHARY  PERLICK    on behalf of Joint Debtor Teresa R. Beard Perlick@verizon.net,
               pireland1@verizon.net
              ZACHARY  PERLICK    on behalf of Debtor Calvin  Beard Perlick@verizon.net,    pireland1@verizon.net
                                                                                             TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Calvin Beard<br>Teresa R. Beard<br>　　　　　　　　　　Debtors<br>WELLS FARGO BANK, N.A.<br>　　　　　　　　　　Movant<br>v.<br>Calvin Beard<br>Teresa R. Beard<br>　and<br>William C. Miller, Esquire<br>　　　　　　　　　　Respondents | 17-10747 MDC<br><br>Chapter 13 Proceeding |

**ORDER**

AND NOW, this 30th day of July, 2018, it is hereby ORDERED AND DECREED that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, WELLS FARGO BANK, N.A. and/or its successors and assigns to proceed with foreclosure on the property located at 661 Arbor Road, Yeadon, PA and obtain all other Relief available under the Non-Bankruptcy law.

Upon the order being granted and entered, WELLS FARGO BANK, N.A. shall have the continuing authority to contact the Debtors directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED AND DECREED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED AND DECREED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

BY THE COURT:

_____
United States Bankruptcy Judge
Magdeline D. Coleman

Interested Parties:
Jill Manuel-Coughlin
Attorney for Movant

Zachary Perlick, Esquire
Attorney for Debtors

Calvin Beard
Teresa R. Beard
Debtors

William C. Miller, Esquire
Trustee