# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-10747-MDC

CALVIN BEARD
TERESA R. BEARD
661 ARBOR ROAD

LANSDOWNE, PA 19050

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

   CALVIN BEARD
   TERESA R. BEARD
   661 ARBOR ROAD

   LANSDOWNE, PA 19050

Counsel for debtor(s), by electronic notice only.

   ZACHARY PERLICK, ESQ.
   1420 WALNUT ST
   SUITE 718
   PHILADELPHIA, PA 19102-

                                       /S/ William C. Miller

Date: 8/3/2018                           _____

                                       William C. Miller, Esquire
                                       Chapter 13 Standing Trustee