United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 17-10747-mdc
Calvin Beard                                                      Chapter 13
Teresa R. Beard
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: CarolP           Page 1 of 1           Date Rcvd: Aug 29, 2018
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2018.
db/jdb         +Calvin Beard,    Teresa R. Beard,    661 Arbor Road,    Lansdowne, PA 19050-3313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2018 at the address(es) listed below:
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              JIM   PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              MATTEO SAMUEL WEINER    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc et al...
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
               Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
               bkgroup@kmllawgroup.com
              MATTHEW A. LIPMAN    on behalf of Creditor    McElroy, Deutsch, Mulvaney & Carpenter, LLP
               mlipman@mdmc-law.com,    pbryant@mdmc-law.com;sshidner@mdmc-law.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc.
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              ZACHARY   PERLICK    on behalf of Joint Debtor Teresa R. Beard Perlick@verizon.net,
               pireland1@verizon.net
              ZACHARY   PERLICK    on behalf of Debtor Calvin  Beard Perlick@verizon.net,    pireland1@verizon.net
                                                                                             TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: CALVIN BEARD<br>TERESA R. BEARD<br>**Debtor** | )<br>)<br>)<br>) CHAPTER 13<br>) |
| SANTANDER CONSUMER USA INC.<br>**Moving Party** | ) Case No.: 17-10747 (MDC)<br>)<br>) **Hearing Date: 8-28-18 at 10:30 AM** |
| v. | )<br>) 11 U.S.C. 362 |
| CALVIN BEARD<br>TERESA R. BEARD<br>**Respondent** | )<br>)<br>) |
| WILLIAM C. MILLER<br>**Trustee** | )<br>) |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2010 Ford F250** bearing vehicle identification number 1FTFW1EV1AFD83464 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: 8/28/18

_____
UNITED STATES BANKRUPTCY JUDGE