United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-10747-mdc
Calvin Beard                                                    Chapter 13
Teresa R. Beard
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 3             Date Rcvd: Sep 06, 2018
                              Form ID: pdf900         Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2018.
```
db/jdb         +Calvin Beard,    Teresa R. Beard,    661 Arbor Road,    Lansdowne, PA 19050-3313
cr             +Santander Consumer USA, Inc.,    P.O. Box 660633,    Dallas, TX 75266-0633
cr              Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN  55121-7700
13860649        ADT Security,    14200 E. Exposition Ave.,    Harrisburg, PA 17106
13860648       +Able Funding,    7267 Rising SUn Ave.,    Philadelphia, PA 19111-3926
13860651        American Express,    c/o Becket & Lee, LLP,    POB 3001,    Malvern, PA 19355-0701
13918676        American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
13860657       +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
13936638       +Lankenau Hospital,    100 Lancaster Ave,    Wynnewood, PA 19096-3450
13885353       +Matthew A. Lipman, Esquire,    McElroy, Deutsch, Mulvaney & Carpen,
                 1617 John F. Kennedy Blvd., Suite 1500,    Philadelphia, PA 19103-1815
13860665        McElroy, Deutsch, Mulvaney & Carpenter,,    Attn. Matthew Lipman, Esq.,
                 1617 JKF Blvd., Suite 1500,    Philadelphia, PA 19103
13878921       +McElroy, Deutsch, Mulvaney & Carpenter, LLP,    1617 John F. Kennedy Blvd.,    Suite 1500,
                 Philadelphia, PA 19103-1815
13860670       ++NORTHERN LEASING SYSTEMS INC,    525 WASHINGTON BLVD 15 FLOOR,    JERSEY CITY NJ 07310-2603
               (address filed with court: Northern Leasing Systems,    132 West 31st,    14th Floor,
                 New York, NY 10001)
13860673       +Positive Properties, Inc.,    POB 915,    Southampton, PA 18966-0915
13874251       +SANTANDER CONSUMER USA INC.,    P.O. BOX 961245,    FORT WORTH, TX 76161-0244
13936640       +Santander Bank, NA,    824 North Market Street, Suite 100,    Wilmington DE 19801-4937
13860676       +Santander Consumer USA,    8585 N. Stemmons Fwy,    Suite 1000,    Dallas, TX 75247-3800
13885251       +Santander Consumer USA, Inc.,    c/o WILLIAM EDWARD CRAIG,    Morton & Craig,
                 110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3125
13881029       +Specialized Loan Servicing LLC,    c/o Matteo S. Weiner, Esquire,    KML Law Group,P.C.,
                 701 Market Street, Suite 5000,    Phila., PA 19106-1541
13860677        TD Bank, N.A.,    PO Box 16027,    Lewiston, ME 04243-9513
13949369        U S Department of Education,    P O Box 16448,    St. Paul, MN 55116-0448
13867644       +U.S. Bank National Association, Trustee (See 410),    c/o Specialized Loan Servicing, LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13860678       +US Department of Education,    2401 International,    PO Box 7859,    Madison, WI 53707-7859
14008061       +WELLS FARGO BANK, N.A.,    c/o JILL MANUEL-COUGHLIN,    Powers, Kirn & Associates, LLC,
                 Eight Neshaminy Interplex, Suite 215,    Trevose, PA 19053-6980
13871030        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
13900537        Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
13860680       +Wells Fargo Bank, NA,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7200
13860681       +William Whitaker,    7323 Boreal Place,    Philadelphia, PA 19153-2722
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Sep 07 2018 02:13:25     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 07 2018 02:13:06
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 07 2018 02:13:24     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Sep 07 2018 02:13:25     City of Philadelphia,
                 Law Department,    c/o Megan N. Harper,    1401 JFK Blvd. Room 580,    Philadelphia, PA  19102
13860650       +E-mail/Text: EBNProcessing@afni.com Sep 07 2018 02:13:20     Afni,    PO Box 3097,
                 Bloomington, IL 61702-3097
13860652        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 07 2018 02:28:58     American Infosource,
                 as agent forT-Mobile,    PO Box 248848,    Oklahoma City, OK 73124-8848
13860653       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 07 2018 02:13:17     Asset Acceptance LLC,
                 PO Box 2036,    Warren, MI 48090-2036
13860659        E-mail/Text: megan.harper@phila.gov Sep 07 2018 02:13:25     City of Philadelphia,
                 Law Department, Enforecment Div.,    1515 Arch Street, 15th Fl.,    Philadelphia, PA 19102-1508
13960243       +E-mail/Text: megan.harper@phila.gov Sep 07 2018 02:13:25
                 CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13860660        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 07 2018 02:18:29
                 CVF Consumer Acquisition Co.,    Resurgent Capital Services,    POB 10587,
                 Greenville, SC 29603-0587
13860658        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 07 2018 02:17:49     Capital One Bank,
                 by AMerican Infosource,    POB 71083,    Charlotte, NC 28272-1083
13888366        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 07 2018 02:18:20
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13860661       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 07 2018 02:17:28
                 Eastbay Funding, LLC,    c/o Resugent Capital Services,    POB 288,    Greenville, SC 29602-0288
```

```
District/off: 0313-2            User: John                  Page 2 of 3                   Date Rcvd: Sep 06, 2018
                                Form ID: pdf900             Total Noticed: 55

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13860662         E-mail/Text: cio.bncmail@irs.gov Sep 07 2018 02:13:00      Internal Revenue Service,
                  Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
13860664         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 07 2018 02:17:27      LVNV Funding, LLC,
                  PO Box 10587,   Greenville, SC 29603-0587
13860663        +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 07 2018 02:17:29      LVNV Funding, LLC,
                  PO Box 10497,   Greenville, SC 29603-0497
13922536         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 07 2018 02:17:28
                  LVNV Funding, LLC its successors and assigns as,    assignee of CVF Consumer Acquisition,
                  Company,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13905478        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 07 2018 02:13:18      Midland Funding LLC,
                  PO Box 2011,   Warren, MI 48090-2011
13860666        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 07 2018 02:13:18      Midland Funding, LLC,
                  8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
13860671         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 07 2018 02:13:05      PA Department of Revenue,
                  Bureau of Compliance,   Dept. 280946,   Harrisburg, PA 17128-0946
13860672         E-mail/Text: ebn@vativrecovery.com Sep 07 2018 02:13:02      Palisades Collection, LLC,
                  Vativ Recovery Solutions, LLC,,   PO Box 40728,   Houston, TX 77240-0728
13895393         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 07 2018 02:13:06
                  Pennsylvania Department of Revenue,    Bankruptcy division,  P O Box 280946,
                  Harrisburg P A 17128-0946
13883039         E-mail/Text: bnc-quantum@quantum3group.com Sep 07 2018 02:13:05
                  Quantum3 Group LLC as agent for,    Quantum3 Funding LLC,   PO Box 788,
                  Kirkland, WA  98083-0788
13860674         E-mail/Text: bnc-quantum@quantum3group.com Sep 07 2018 02:13:05      Quantum3 Group, LLC,
                  PO Box 788,   Kirkland, WA 98083-0788
13936639         E-mail/Text: bankruptcy@td.com Sep 07 2018 02:13:20      TD Bank,   1701 Route 70 East,
                  Cherry Hill, NJ 08034
13930892        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 07 2018 02:29:13      Verizon,
                  by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
13860679         E-mail/Text: megan.harper@phila.gov Sep 07 2018 02:13:25      Water Revenue Bureau,
                  1401 J.F.K. Blvd.,   Philadelphia, PA 19102
                                                                                               TOTAL: 27

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +McElroy, Deutsch, Mulvaney & Carpenter, LLP,   1617 John F. Kennedy Blvd.,    Suite 1500,
                  Philadelphia, PA 19103-1815
13860654*       +Asset Acceptance LLC,    PO Box 2036,   Warren, MI 48090-2036
13860655*       +Asset Acceptance LLC,    PO Box 2036,   Warren, MI 48090-2036
13860656*       +Asset Acceptance LLC,    PO Box 2036,   Warren, MI 48090-2036
13905479*       +Midland Funding, LLC,    PO Box 2011,   Warren, MI 48090-2011
13860667*       +Midland Funding, LLC,    8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
13860668*       +Midland Funding, LLC,    8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
13860669*       +Midland Funding, LLC,    8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
13860675        ##+RJM Acquisitions Funding, LLC,   575 Underhill Blvd.,   Suite 224,   Syosset, NY 11791-3416
                                                                                               TOTALS: 0, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018                                         Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: John              Page 3 of 3              Date Rcvd: Sep 06, 2018
                              Form ID: pdf900         Total Noticed: 55
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2018 at the address(es) listed below:

```
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              JIM   PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              MATTEO SAMUEL WEINER    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc et al...
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
               Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
               bkgroup@kmllawgroup.com
              MATTHEW A. LIPMAN    on behalf of Creditor    McElroy, Deutsch, Mulvaney & Carpenter, LLP
               mlipman@mdmc-law.com,    pbryant@mdmc-law.com;sshidner@mdmc-law.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc.
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              ZACHARY   PERLICK    on behalf of Debtor Calvin  Beard Perlick@verizon.net,    pireland1@verizon.net
              ZACHARY   PERLICK    on behalf of Joint Debtor Teresa R. Beard Perlick@verizon.net,
               pireland1@verizon.net
                                                                                             TOTAL: 11
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CALVIN BEARD                                      Chapter 13
TERESA R. BEARD

                Debtor          Bankruptcy No. 17-10747-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

      **AND NOW**, this \_\_\_6th\_\_\_ day of \_\_\_September\_\_\_, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

      **ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-


Debtor:
CALVIN BEARD
TERESA R. BEARD
661 ARBOR ROAD

LANSDOWNE, PA 19050